AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DENNIS SCOTT FLORER,

        Petitioner,

        v.

SCOTT FRAKES,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-0313-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED petitioner's Petition for a Writ of Habeas is denied.

May 2nd, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*